OFFICE OF THE GENERAL COUNSEL
ERIC M. ALDERETE, STATE BAR NO. 199565
eric.alderete@usbank.com
U.S. BANK NATIONAL ASSOCIATION
3121 Michelson Drive, Suite 500
Irvine, CA 92612
Telephone: (949) 798-6781
Facsimile: (949) 798-4258

Stacey L. Herter, California Bar No. 185366
  stacey.herter@bryancave.com
Michael T. Levin, California Bar No. 238682
  michael.levin@bryancave.com
**BRYAN CAVE LLP**
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414
Telephone: (949) 223-7000
Facsimile: (949) 223-7100

Attorneys for Defendants
U.S. Bank National Association, Successor in Interest
to the Federal Deposit Insurance Corporation as Receiver
For Downey Savings and Loan Association, F.A.; DSL Service
Company; and FCI Lender Services, Inc.

E-FILED 07-30-10

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PAUL CASE, an Individual,<br><br>    Plaintiff,<br><br>  vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, FORMERLY DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.; DSL SERVICE COMPANY, AS TRUSTEE FOR U.S. BANK NATIONAL ASSOCIATION, FORMERLY DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.; FCI LENDER SERVICES, AS AGENT FOR U.S. BANK NATIONAL ASSOCIATION, FORMERLY DOWNEY SAVINGS AND LOAN ASSOCIATION F.A.; OPTION FUNDING INC.; KEITH D. JACOBSON; WILLIAM CARDENAS; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. CV 10-3195-PSG (Ex)<br><br>Hon. Phillip S. Gutierrez<br><br>[**PROPOSED**] ENTRY OF JUDGMENT OF DISMISSAL<br><br>Complaint Filed: April 20, 2010<br>Trial Date:    None Set |

NOTE: CHANGES MADE BY THE COURT

IR01DOCS454180

1

ENTRY OF JUDGMENT OF DISMISSAL

1  Having reviewed the Court's docket and the papers on file in the above-
2  captioned matter, the Court finds the following:

3  1. On April 20, 2010, Plaintiff Paul Case ("Plaintiff") filed the instant
4  action against Defendants in the California Superior Court for the County of Los
5  Angeles, Superior Court Case Number VC056128.

6  2. On April 28, 2010, Defendants U.S. BANK NATIONAL
7  ASSOCIATION, Successor in Interest to the Federal Deposit Insurance Corporation
8  as Receiver For Downey Savings and Loan Association, F.A.; DSL SERVICE
9  COMPANY; and FCI LENDER SERVICES, INC. ("Defendants"), removed the
10 case to the Central District of California, Western Division [Document 1].

11 3. On May 12, 2010, Defendants filed a Motion to Dismiss Plaintiff's
12 Complaint [Document 13].

13 4. On July 6, 2010, the Court entered an Order granting Defendants'
14 Motion to Dismiss Plaintiff's Complaint with leave to amend [Document 16].

15 5. The Court's order provided that Plaintiff was required to file an
16 amended complaint by July 27, 2010, and that failure to amend by that date would
17 result in dismissal of those claims with prejudice [id.].

18 8. Plaintiff failed to file an amended complaint by July 27, 2010.
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Bryan Cave LLP
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414

1  Accordingly, for the reasons set forth above, **IT IS ORDERED,**
2  **ADJUDGED AND DECREED** as follows:
3  That Defendants U.S. Bank National Association, Successor in Interest to the
4  Federal Deposit Insurance Corporation as Receiver For Downey Savings and Loan
5  Association, F.A.; DSL Service Company; and FCI Lender Services, Inc. have
6  judgment against Plaintiff Paul Case on all claims, that Plaintiff takes nothing by
7  virtue of his complaint, and that this action is hereby dismissed, with prejudice.

DATED: 7/30/10

**PHILIP S. GUTIERREZ**
HON. PHILLIP S. GUTIERREZ
District Court Judge
United States District Court
Central District of California